DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TAVARIS McKINNIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1419

————————————————

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Christopher Sabella, Judge.

PER CURIAM.

   Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.